IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVON LAMAR TORBERT,

        Petitioner,                       No. CIV S-10-3438 DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner's application for federal habeas relief attacks a judgment of conviction entered by the San Diego County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Southern District of California.
3  DATED: January 12, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
torb3438.108